UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24619-CIV-ALTONAGA/Torres

**POET THEATRICALS MARINE, LLC**; *et al.*,

    Plaintiffs,

v.

**CELEBRITY CRUISES, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Cruises Inc., Cruise One, Inc., Cruise One, Inc. d/b/a/ Dream Vacations, Tourico Holidays Inc., World Travel Holdings d/b/a Cruises.com, World Travel Holdings d/b/a Cruises Only, World Travel Holdings d/b/a CheapCruises.com, and Direct Line Cruises, Inc.'s ("Travel Agency Defendants[']") Unopposed Motion for Extension of Time, filed on November 9, 2020 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. (*See* [ECF No. 1-2] 88–90). Defendants advise Plaintiffs "have agreed to allow the[se] . . . Defendants to respond to the Complaint by December 19, 2020[.]" (*Id.* 89 (alterations added)).

**ORDERED AND ADJUDGED** that the Travel Agency Defendants' Unopposed Motion for Extension of Time (*see* [ECF No. 1-2] 88–90) is **GRANTED**. Celebrity Cruises, Inc., Royal Caribbean Cruises, Ltd., and the Travel Agency Defendants shall submit a single, combined response or separate answers by **December 19, 2020**.

CASE NO. 20-24619-CIV-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 18th day of November, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record